U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 3 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-CR-00146 |
| | * | |
| VERSUS | * | JUDGE FOOTE |
| | * | |
| ALEXANDER DERRICK REECE | * | MAGISTRATE JUDGE HANNA |
| DREW T. GREEN | * | |
| THOMAS WILLIAM MALONE, JR. | * | |
| BOYD ANTHONY BARROW | * | |
| JOSHUA ESPINOZA | * | |
| CURIOUS GOODS, LLC | * | |
| RICHARD JOSEPH BUSWELL | * | |
| DANIEL JAMES STANFORD | * | |
| DANIEL PAUL FRANCIS | * | |
| BARRY L. DOMINGUE | * | |

## ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States' Redaction Request - Transcript is GRANTED and the following bank account number shall be redacted from the transcript filed on May 23, 2013 (Rec. Doc. 519)

(1)  Redact the bank account on Page 61, line 6 to read " ... account number xxxxx9631 ...."

SIGNED this the 13th day of June, 2013 in Shreveport, Louisiana.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE