U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL - 1 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-00146** |
| **VERSUS** | * | **JUDGE ELIZABETH ERNY FOOTE** |
| **ALEXANDER DERRICK REECE et al** | * | **MAG. JUDGE PATRICK J. HANNA** |

## ORDER

The Report and Recommendation of the Magistrate Judge [Record Document 486], having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED** that the Motion to Strike Surplusage from the Superseding Indictment [Record Document 289] is hereby **GRANTED in part and DENIED in part**, in accordance with the recommendations of the Magistrate Judge. Specifically, all references to JWH-250, UR-144, and JWH-081 shall be stricken and the appropriate grammatical changes shall be made. Further, the specific term "AM-2201" shall be substituted for the term "synthetic cannabinoids" in Count I, Sections I(D) and III(B), and the singular use of the term "synthetic cannabinoid" shall be utilized in Count I, Sections I(E), I(F), and I(G) in lieu of the plural, with the appropriate grammatical changes. In all other respects, the motion is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 1st day of July, 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE