U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL - 1 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-00146** |
| **VERSUS** | * | **JUDGE ELIZABETH ERNY FOOTE** |
| **ALEXANDER DERRICK REECE et al** | * | **MAG. JUDGE PATRICK J. HANNA** |

## ORDER

The Report and Recommendation of the Magistrate Judge [Record Document 500], having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED** that the Government's oral motion to amend the superseding indictment at Page Eight, to reflect a correction of the acknowledged typographical error, replacing the word "or" with the word "and" in the description of the elements in 21 U.S.C. § 352, is hereby **GRANTED** and that the Motion to Dismiss Count Two of the Superseding Indictment for Duplicity or, in the alternative, to Compel the Government to Elect Among Theories of Prosecutions [Record Document 284] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ___ day of July, 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE