UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-00146** |
| **VERSUS** | * | **JUDGE ELIZABETH ERNY FOOTE** |
| **ALEXANDER DERRICK REECE et al** | * | **MAG. JUDGE PATRICK J. HANNA** |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge [Record Document 503], addressing four separate motions to dismiss, including: Defendant Daniel J. Stanford's First Motion to Dismiss Superseding Indictment [Record Document 238];[1] Defendant Barry L. Domingue's Second Motion to Dismiss the Superseding Indictment [Record Document 273];[2] Defendant Barry L. Domingue's Third Motion to Dismiss the Superseding Indictment [Record Document 314];[3] and Defendant Alexander Derrick Reece's Motion to Dismiss Counts I and III of the Superseding Indictment [Record Document 315].[4] The Government has opposed these motions [Record Documents 407, 409, and 441]. For the reasons that follow, the Court hereby

---

[1] Adopted by Defendants Reece (01) [Record Documents 242, 258], Curious Goods (06) [Record Documents 320, 332], Buswell (07) [Record Documents 240, 264], Francis (09) [Record Documents 244, 266], and Domingue (10) [Record Documents 305, 332].

[2] Adopted by Defendants Curious Goods (06) [Record Documents 320, 332], Buswell (07) [Record Documents 282, 328], Stanford (08) [Record Documents 349, 353], and Francis (09) [Record Documents 388, 401].

[3] Adopted by Defendants Reece (01) [Record Documents 316, 332], Curious Goods (06) [Record Documents 320, 332], Buswell (07) [Record Documents 318, 332], Stanford (08) [Record Documents 350, 353], and Francis (09) [Record Documents 388, 401].

[4] Adopted by Defendants Curious Goods (06) [Record Documents 320, 332], Buswell (07) [Record Documents 319, 332], Stanford (08) [Record Documents 351, 353], Francis (09) [Record Documents 388, 401], and Domingue (10) [Record Documents 367, 379].

adopts the findings of the Report and Recommendation, concluding that:

the Controlled Substances Act analogue provision, 21 U.S.C. § 813, which incorporates the definition of "controlled substance analogue" found at 21 U.S.C. § 802(32)(A), is not unconstitutionally vague;

the factual issue of whether AM-2201 is a controlled substance analogue cannot be resolved at this stage of the litigation but instead must be left to the jury at trial on the merits; and

the superseding indictment [Record Document 58] sufficiently enumerates each element of the charged offenses, fairly informs the defendants of the charges filed against them, and provides the defendants with a double jeopardy defense against future prosecution.

Accordingly, for the reasons stated in the Report and Recommendation, and after an independent review of the record, including written objections filed by Defendant Domingue (10) [Record Document 523] and adopted by Defendants Stanford (08) [Record Document 548], Francis (09) [Record Document 554], and Curious Goods (06) [Record Document 584], and determining that the findings are correct under the applicable law;

The Court finds that the superseding indictment satisfies constitutional requirements, and **IT IS HEREBY ORDERED** that the Motions to Dismiss [Record Documents 238, 273, 314, and 315] be and are hereby **DENIED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26 day of July, 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE