UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-00146** |
| **VERSUS** | * | **JUDGE ELIZABETH ERNY FOOTE** |
| **ALEXANDER DERRICK REECE et al** | * | **MAG. JUDGE PATRICK J. HANNA** |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge [Record Document 505], addressing Defendant Richard Joseph Buswell's (07) Motion to Dismiss Count Two of the Superseding Indictment [Record Document 297].[1] The Government opposes Buswell's Motion [Record Document 446]. For the reasons that follow, the Court hereby adopts the findings of the Report and Recommendation, concluding that:

The allegations in count two of the indictment sufficiently enumerate the elements of the offense and provide sufficient citations to the law to place the defendants on notice of the charges against them and to assert double jeopardy as a defense against any future prosecutions; and

The Federal Food, Drug, and Cosmetic Act (FDCA) is not unconstitutionally vague as applied.

Accordingly, for the reasons stated in the Report and Recommendation, and after an independent review of the record, including written objections filed by Defendant

---

[1] Although Defendant Buswell (07) has entered a guilty plea in this matter [Record Documents 618, 629], the substantive motion was adopted by Defendants Reece (01) [Record Documents 312, 332], Stanford (08) [Record Documents 337, 346], Francis (09) [Record Documents 388, 401], and Domingue (10) [Record Documents 362, 379].

Buswell (07) [Record Document 551] and adopted by Defendants Stanford (08) [Record Documents 556, 558], Domingue (10) [Record Documents 555, 557], and Francis (09) [Record Documents 569, 576], and determining that the findings are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Motion to Dismiss Count Two of the Superseding Indictment [Record Document 297] be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 12th day of September, 2013.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE