UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-00146-(01), (06), (07), (08), (09), and (10) |
| VERSUS | * | JUDGE ELIZABETH ERNY FOOTE |
| ALEXANDER DERRICK REECE et al | * | MAG. JUDGE PATRICK J. HANNA |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge [Record Document 662], addressing Defendant Daniel James Stanford's (08) Motion to Dismiss Counts I, II, and III of the Superceding Indictment, or Alternatively for Bill of Particulars [Record Document 256].[1] The Government opposes Stanford's motion [Record Document 403]. Likewise, the Government filed supplemental briefing, following oral argument, on the limited issue of early production of witness lists [Record Document 544], and Stanford filed a response thereto [Record Document 596]. For the reasons that follow, the Court hereby adopts the findings of the Report and Recommendation, concluding that:

The superceding indictment is not deficient based on a failure to specify criminal acts of each defendant; and

Count I is neither unconstitutionally vague, in that the information contained therein is sufficient to place the defendants, including Stanford, on notice of the crime with which they are charged, nor is Count I otherwise defective; and

---

[1] The motion was adopted by Defendants Curious Goods (06) [Record Documents 320, 332], Francis (09) [Record Documents 388, 401], and Domingue (10) [Record Documents 357, 379]. Although the motion was likewise adopted by Defendants Buswell [Record Documents 299, 332] and Reece (01) [Record Documents 309, 332], Buswell has since entered a guilty plea [Record Documents 618, 629] and Reece has been severed [Record Document 579].

Count II is neither unconstitutionally vague, in that the allegations contained therein sufficiently enumerate the elements of the offense and provide sufficient citations to the law to place the defendants, including Stanford, on notice of the charges against them, nor is Count II otherwise defective; and

Count III is neither unconstitutionally vague, in that the allegations contained therein state the essential facts and elements of the crime charged as required by Federal Rule of Criminal Procedure 7(c) and the United States Constitution, nor is Count III otherwise insufficient.

Further, as to the alternative request for a Bill of Particulars, the Court hereby adopts the findings of the Report and Recommendation, concluding that the superceding indictment is sufficient to place the defendants on notice of the crimes with which they are charged, such that the defendants should be able to prepare their defense with full knowledge of the charges against them and likewise provides a basis to plead double jeopardy. As to whether the defendants are entitled to a Bill of Particulars to obviate surprise at trial, the Court likewise finds that the disclosure requirements found in the scheduling order of this Court, Rule 16(a)(2), and 18 U.S.C. §3500 (Jencks Act), combined with the relevant jurisprudential rules sufficiently allow for adequate trial preparation such that the defendants may avoid surprise at trial.[2]

Accordingly, for the reasons stated in the Report and Recommendation, and after an independent review of the record, including written objections filed by Defendant Domingue (10) [Record Document 664] and adopted by Defendants

---

[2] As referenced in the Magistrate Judge's Recommendation, the Court reiterates for the record that the Government is ordered to specify all evidence intended to be offered in its case-in-chief from among those items that are discoverable under Rule 16, no later than forty-five (45) days prior to the commencement of trial [*See* Record Document 331].

Stanford (08) [Record Documents 666, 667] and Francis (09) [Record Documents 665, 668], and determining that the findings are correct under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss Counts I, II, and III of the Superceding Indictment, or Alternatively for Bill of Particulars [Record Document 256] be and is hereby DENIED.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 6th day of January, 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE